UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH M. VERRIER,

    Plaintiff,

v().     Case No: 2:14-cv-744-FtM-29CM

PETER PERRINO and DIANE LAPAUL,

    Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Documents (Doc. 80) filed on November 25, 2016. Plaintiff alleges that he did not receive a copy of the Court's Order denying Defendants' motion to dismiss.[1] Doc. 80 at 1. Plaintiff seeks the Clerk of Court to mail him a copy of the Order because he is prohibited from entering the court building or accessing the internet. Doc. 80.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion for Documents (Doc. 80) is **GRANTED**. The Clerk of Court is directed to mail a copy of the Orders (Docs. 34, 46) to Plaintiff.

**DONE** and **ORDERED** in Fort Myers, Florida on this 1st day of December, 2016.

---

[1] It is not clear which Order Plaintiff is referring to. Senior United States District Judge John E. Steele granted without prejudice Defendants' motion to dismiss (Doc. 23) on December 4, 2015, and granted in part and denied in part Defendants' motion to dismiss (Doc. 36) on August 4, 2016. Docs. 34, 46.

- 2 -

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

Joseph M. Verrier *pro se*
5278 Barrow Drive
St. James City, FL 33956